Theresa Bunt, as Administrator of the Estate of William
H. Bunt, Deceased, Appellant, v. New York Central
Railroad Company, Respondent.

Argued October 6, 1939; decided October 20, 1939.

*Samuel S. Pines, Leo E. Falkin* and *Charles I. Sterling* for appellant.

*K. O. Mott-Smith* and *Clive C. Handy* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ. Taking no part: O'BRIEN, J.